Per Curiam.

(No. 73—CC—111

Mer-Roc FS Inc., Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed March 22, 1973.*

MER-ROC FS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.